# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Gerardo Velazquez | CRIMINAL COMPLAINT<br><br>CASE NUMBER: **25-02065MJ** |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Yuma in the District of Arizona, the defendant violated 18 U.S.C. § 554 offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Task Force Officer for Homeland Security Investigations, and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

AUTHORIZED BY: Maria R. Gutierrez, AUSA

*[signature]*
Digitally signed by MARIA GUTIERREZ
Date: 2025.11.04 09:02:56 -07'00'

Ramses Curiel, HSI/Task Force Officer
Name of Complainant

**RAMSES CURIEL**
Digitally signed by RAMSES CURIEL
Date: 2025.11.03 19:00:16 -07'00'

Signature of Complainant

Sworn to telephonically before me

11/4/2025                                                             at       Yuma, Arizona
Date                                                                              City and State

HONORABLE JAMES F. METCALF
United States Magistrate Judge
Name & Title of Judicial Officer

*[signature]*
Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNT

## COUNT 1

## Smuggling Goods from the United States

On or about November 3, 2025, in the County of Yuma in the District of Arizona, Defendant GERARDO VELAZQUEZ did knowingly attempt to export and send merchandise, that is, one 9mm Canik pistol (Serial Numbers 23CT42555), an EPS Carry sight #CR2026752, one 9mm magazine, and 15-9mm rounds of full metal jacket ammunition, from the United States, contrary to Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774, a law and regulation of the United States.

All in violation of Title 18, United States Code, Section 554(a).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Ramses Curiel, a Task Force Officer with Homeland Security Investigations (HSI), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I, Ramses Curiel, am employed as a Task Force Officer with the Department of Homeland Security (DHS), U.S. Customs and Broder Protection (CBP). I have been with CBP as an officer since 2019. I am currently assigned as a Task Force Officer with HSI since March 2022. During my employment with HSI, I have received training in law enforcement skills, anti-terrorism, interviewing techniques, immigration law, trade law, search procedures and other areas of criminal activity from the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia. I am also responsible for conducting criminal investigations regarding violations of immigration and customs laws committed against the United States. I am also cross certified by the Yuma County, Arizona Sheriff's Office as an Arizona State Peace Officer. Prior to my employment as an Officer with CBP, I was a police officer with the San Luis Police Department in San Luis, Arizona, from 2015-2019. During my tenure with the San Luis Police Department, I investigated a variety of state crimes such as assault, narcotics, fraud, theft, and assisted other State and Federal agencies with their criminal investigation.

2.  The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Based on the below facts, I submit there is probable cause that Gerardo VELAZQUEZ committed the crime of Smuggling Goods from the United States in violation of 18 U.S.C. § 554.

### PROBABLE CAUSE

3.  On November 3, 2025, at approximately 7:15 a.m. (Arizona time), Gerardo VELAZQUEZ attempted to enter Mexico from the United States by utilizing the outbound

vehicle lanes at the port of entry in San Luis, Arizona. VELAZQUEZ was the driver and sole occupant of a gray 2017 Nissan Altima with Arizona license plate V6A27K. He is not the registered owner of the Nissan Altima. At the time, US Customs and Border Protection (CBP) Contraband Enforcement Team (CET) officers were conducting a southbound vehicle inspection operation on the outbound vehicle lanes along with CBP Canine Enforcement Officer (CEO) Ochoa-Galindo and its assigned canine (K9) Reny #240663. During the southbound vehicle inspection operation, K9 Reny alerted to the front of the Nissan Altima.

4.   A primary interview and inspection of VELAZQUEZ was initiated on the outbound lane by CEO Ochoa-Galindo. CEO Ochoa-Galindo asked VELAZQUEZ where he was traveling to which he replied he was heading to San Luis Rio Colorado, Sonora, Mexico to buy seafood and was coming from his house in San Luis, Arizona. VELAZQUEZ said that he worked for the Department of Corrections at the Lewis Complex near Buckeye, Arizona. CEO Ochoa-Galindo received a negative oral Customs Outbound Declaration from VELAZQUEZ to include firearms, ammunition, or currency in excess of $10,000.00 USD.

5.   CBPO M. Garibay obtained a second negative oral declaration for weapons, ammunition and currency over $10,000.00 USD from VELAZQUEZ. VELAZQUEZ told CBPO Garibay that he was heading to Mexico to eat seafood because the local seafood restaurants in San Luis, Arizona were closed. VELAZQUEZ and the vehicle were referred to the vehicle secondary lot for further inspection. VELAZQUEZ drove the Nissan Altima through the Z-Portal vehicle X-ray system and parked in a designated parking spot in vehicle secondary.

6.   In the vehicle secondary, CBP Officer J. Karcz obtained a third negative declaration from VELAZQUEZ. VELAZQUEZ told Officer Karcz that he was heading to San Luis R.C, Sonora, Mexico to get "mariscos" (Spanish for seafood). VELAZQUEZ told Officer Karcz that he was coming from his residence in San Luis, Arizona. VELAZQUEZ was instructed to prepare his vehicle for inspection. While doing so, VELAZQUEZ repeated numerous times that he "was just going to get mariscos." CBP Officer Karcz instructed

VELAZQUEZ to raise the hood of his vehicle and open the trunk. VELAZQUEZ seemed distracted and nervous because he did not comply after he was told several times to open the hood and trunk of his vehicle. VELAZQUEZ kept stating "I was just going to get mariscos." CBPO Karcz conducted an immediate pat down for weapons and felt a hard object resembling to the handle of a firearm around VELAZQUEZ's front waistline. CBPO Karcz placed VELAZQUEZ in hand restrains and then removed the pistol and handed the weapon to CBP / CEO Salzameda. VELAZQUEZ stated to CBPO Karcz that he forgot he had his pistol. The pistol is a 9mm Canik pistol (serial number 23CT42555) with an EPS Carry sight #CR2026752, and a magazine that had 15-9mm rounds of ammunition.

7. VELAZQUEZ was escorted to the vehicle secondary patdown room for further search and inspection. CBPO J. Ramos assisted with the vehicle search and located a box of 9mm ammunition in the vehicle's glove compartment and a single 9mm round in the center console.

8. During a post-*Miranda* interview, VELAZQUEZ said that he works as a Correctional Officer for the Arizona Department of Corrections near Buckeye, Arizona, and resides in San Luis, Arizona with his father. VELAZQUEZ stated that he attended a Halloween party with co-workers and friends at a house in San Luis, Arizona. VELAZQUEZ stated he was at the party from 9:00 p.m. to about 7:00 a.m. when he decided to get seafood at a local restaurant in San Luis, Arizona. VELAZQUEZ stated that he got to the restaurant and noticed that it was closed and decided to go to a seafood place in San Luis, Rio Colorado, Sonora, Mexico. As VELAZQUEZ drove to Mexico, he noticed that a CBP K9 was conducting an outbound operation. VELAZQUEZ stated that as he was driving towards the officers when he felt he had his pistol with him. VELAZQUEZ then changed his story and said he noticed he had his pistol on him when he was sent to the vehicle secondary lot as he drove to the vehicle scanner. Then VELAZQUEZ stated that he felt his pistol as he got out of his vehicle. VELAZQUEZ admitted that he failed to declare to the officers that he had a pistol on him because he thought officers were not going to find it and believed he was going to be sent back to the United States.

VELAZQUEZ stated that while he was at the party, he knew he had his pistol with him and friends knew about it too. VELAZQUEZ said that he is aware he must declare if he is in possession of a weapon upon contact with police officers. VELAZQUEZ stated that he had previously been pulled over by Arizona state trooper where he declared his pistol. VELAZQUEZ admitted drinking alcoholic beverages while at the party and stopped drinking for one to two hours before he was detained by CBP Officers. VELAZQUEZ also disclosed having an addiction to marijuana and smoking marijuana daily. VELAZQUEZ stated he bought the pistol about two years ago at a local gun shop in Yuma, Arizona.

9. VELAZQUEZ is a United States citizen and denied having an export license.

10. The 9mm Canik pistol (Serial Numbers 23CT42555), the EPS Carry sight #CR2026752, the 9mm magazine, and the 15-9mm rounds of full metal jacket ammunition, are items listed on the Export Control Reform Act and cannot be exported without a license.

## CONCLUSION

11. For these reasons, I submit that there is probable cause to believe Gerardo VELAZQUEZ committed the crime of Smuggling goods from the United States in violation of 18 U.S.C. § 554 as alleged in the Complaint.

12. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

**RAMSES CURIEL**
Digitally signed by RAMSES CURIEL
Date: 2025.11.03 19:01:22 -07'00'

Ramses Curiel
Task Force Officer
Homeland Security Investigations

Sworn to and subscribed telephonically this __4th__ day of November, 2025.

HONORABLE JAMES F. METCALF
United States Magistrate Judge